**IN RE: Francisco SALINAS-CASTILLO, Petitioner.**

No. 17-1604

United States Court of Appeals, Fourth Circuit.

Submitted: October 24, 2017

Decided: November 2, 2017

Francisco Salinas-Castillo, Petitioner Pro Se.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

Act, in accordance with the court's order of July 18, 2017.

PER CURIAM:

Francisco Salinas-Castillo petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion to compel. He seeks an order from this court directing the district court to act. We have determined that the district court denied Salinas-Castillo's motion on April 12, 2017. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*